# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wigenton, Susan D. | District Court of New Jersey | 09/16/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge, Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Martin Luther King, Jr. Federal Courthouse
50 Walnut Street, 5th Floor, Courtroom 5C
Newark, New Jersey 07101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Instructor | Jersey Strong |
| 2. | Professor | Seton Hall School of Law - Summer Pre-Legal Program |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wigenton, Susan D. | 09/16/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Seton Hall School of Law; teaching income | $6,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-Employed Attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wigenton, Susan D. | 09/16/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | TD Bank | Mortgage on Rental Property #2, Eatontown, NJ, (Part VII- line 2) | L |
| 2. | Third Federal Savings & Loan | 1st Mortgage on Office Building, Red Bank, NJ (Part VII - line 5)) | M |
| 3. | Sun National Bank | Mortgage on Rental Property #1, Red Bank, NJ ( Part VII- line 1) | M |
| 4. | TD Bank | Home Equity on Rental Property # 3, Red Bank, NJ (Part VII- line 3) | M |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wigenton, Susan D. | 09/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rental Property #1, Red Bank, NJ (1995-$63,000) | E | Rent | N | W | | | | | |
| 2. Rental Property #2, Eatontown, NJ (1989-$137,000) | E | Rent | N | W | | | | | |
| 3. Rental Property #3, Red Bank, NJ (1999 - inherited) | E | Rent | N | W | | | | | |
| 4. Rental Property #4, Neptune, NJ (2017 - $84, 000) | E | Rent | M | W | | | | | |
| 5. Rental Proeprty #5, Neptune, NJ (2019-$141,000) | E | Rent | M | W | Buy | 02/06/19 | M | | |
| 6. Office Building, Red Bank, NJ (2000 - $255,000) | | None | N | W | | | | | |
| 7. Oppenheimer Main Street Income & Growth Fund A - | A | Dividend | J | T | | | | | |
| 8. Fidelity Destiny II: Cap Gain - IRA | A | Dividend | K | T | | | | | |
| 9. Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 10. Invesco QQQ Trust Series | A | Dividend | K | T | | | | | |
| 11. Citigroup Inc., Common Stock | A | Dividend | J | T | | | | | |
| 12. Rbb/Bedford Money Market Fund | A | Dividend | J | T | | | | | |
| 13. State Street Research Aurora Fund; Class A | A | Dividend | K | T | | | | | |
| 14. Hartford Variable Annuity f/k/a Fortis Masters Variable Annuity (H) | | | | | | | | | |
| 15. - Hartford Global Growth HLS Fund | A | Dividend | M | T | | | | | |
| 16. - HIAOX | A | Dividend | L | T | | | | | |
| 17. - Hartford Growth Opportunities HLS Fund | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wigenton, Susan D.** | 09/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - HISCX | A | Dividend | L | T | | | | | |
| 19.   - Hartford Value HLS Fund | A | Dividend | K | T | | | | | |
| 20.   - Hartford High Yield HLS Fund | A | Dividend | K | T | | | | | |
| 21.   Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 22.   Cisco Corp. Common Stock | A | Dividend | K | T | | | | | |
| 23.   Chesapeake Utilities Common Stock | A | Dividend | L | T | | | | | |
| 24.   Kellogg Company Common Stock | A | Dividend | J | T | | | | | |
| 25.   Dow Chemical Company Common Stock | A | Dividend | K | T | | | | | |
| 26.   Comcast Corporation Common Stock | A | Dividend | J | T | | | | | |
| 27.   Daimler/Chrysler Corp., Common Stock | A | Dividend | J | T | | | | | |
| 28.   Exxon Mobil Corporation Common Stock | A | Dividend | K | T | | | | | |
| 29.   Synovus Financial Common Stock | A | Dividend | J | T | | | | | |
| 30.   Diebold Incorporated Common Stock | A | Dividend | J | T | | | | | |
| 31.   Deere and Company Common Stock | A | Dividend | J | T | | | | | |
| 32.   Motorola Inc., Common Stock | A | Dividend | J | T | | | | | |
| 33.   Newell Rubbermaid Corp. Common Stock | A | Dividend | J | T | | | | | |
| 34.   Wells Fargo Corp. Common Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wigenton, Susan D.** | 09/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | PMC Capital Inc., Common Stock | A | Dividend | K | T | | | | | |
| 36. | People's Energy Corp., Common Stock | A | Dividend | J | T | | | | | |
| 37. | Wendy's International Common Stock | A | Dividend | J | T | | | | | |
| 38. | Powershares (f/k/a NASDAQ 100), Common Stock | A | Dividend | J | T | | | | | |
| 39. | American International Group Common Stock | A | Dividend | J | T | | | | | |
| 40. | Colgate-Palmolive Common Stock | A | Dividend | K | T | | | | | |
| 41. | Lincoln National Corporation Common Stock | A | Dividend | J | T | | | | | |
| 42. | Oneok Incorporated Common Stock | A | Dividend | J | T | | | | | |
| 43. | Xcel Energy, Inc., Common Stock | A | Dividend | K | T | | | | | |
| 44. | Intel Corporation Common Stock | A | Dividend | K | T | | | | | |
| 45. | Whirlpool (Maytag) Corporation Common Stock | A | Dividend | K | T | | | | | |
| 46. | GTE Corporation Common Stock | A | Dividend | J | T | | | | | |
| 47. | Fifth Third Bancorp Common Stock | A | Dividend | J | T | | | | | |
| 48. | Federal Realty Investment Common Stock | B | Dividend | J | T | | | | | |
| 49. | Sky Financial Group Common Stock | A | Dividend | J | T | | | | | |
| 50. | CFS Direct Inc., Common Stock | A | Dividend | J | T | | | | | |
| 51. | Santander Bank, Common Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wigenton, Susan D.** | 09/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. National Investor Common Stock | D | Dividend | J | T | | | | | |
| 53. Nokia (f/k/a Alcatel-Lucent (401K)) (H) | | | | | | | | | |
| 54. -AllianceBernstein Retirement Date 2020 Fund | B | Dividend | M | T | | | | | |
| 55. IBM Common Stock | A | Dividend | J | T | | | | | |
| 56. Home Depot Common Stock | A | Dividend | K | T | | | | | |
| 57. Time Warner Common Stock | A | Dividend | J | T | | | | | |
| 58. American Express Common Stock | A | Dividend | K | T | | | | | |
| 59. Altria Group Common Stock | B | Dividend | K | T | | | | | |
| 60. General Electric Commom Stock | A | Dividend | K | T | | | | | |
| 61. Walt Disney Common Stock | B | Dividend | K | T | | | | | |
| 62. Sirius/XM Satellite Radio Common Stock | A | Dividend | L | T | | | | | |
| 63. Jet Blue Airlines Common Stock | A | Dividend | J | T | | | | | |
| 64. Ford Motor Co., Common Stock | A | Dividend | K | T | | | | | |
| 65. American Airlines Group* formerly-AMR Common Stock | B | Dividend | L | T | | | | | |
| 66. Taro Pharmaceutical Corp., Common Stock | A | Dividend | J | T | | | | | |
| 67. Hudson City Bancorp Common Stock | A | Dividend | J | T | | | | | |
| 68. Harken Energy Corp., Common Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wigenton, Susan D.** | 09/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Toyota Motor Company Common Stock | A | Dividend | J | T | | | | | |
| 70. US Bancorp Common Stock | B | Dividend | K | T | | | | | |
| 71. Investor's Savings Bank, Common Stock | A | Dividend | J | T | | | | | |
| 72. Merck & Co., Common Stock | A | Dividend | K | T | | | | | |
| 73. Proctor & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 74. Yum! Corporation Common Stock | A | Dividend | K | T | | | | | |
| 75. Verizon Corp. Common Stock | A | Dividend | J | T | | | | | |
| 76. Oracle Corporation Common Stock | A | Dividend | J | T | | | | | |
| 77. Pepsico Inc., Common Stock | A | Dividend | J | T | | | | | |
| 78. AT & T Corp., Common Stock | B | Dividend | J | T | | | | | |
| 79. Blackrock Global Resources Investment Fund | A | Dividend | L | T | | | | | |
| 80. United Parcel Service Corp. | A | Dividend | J | T | | | | | |
| 81. Ameriprise Financial Corp | A | Dividend | J | T | | | | | |
| 82. BBT Corp. Common Stock | A | Dividend | K | T | | | | | |
| 83. Century Tel Common Stock | B | Dividend | J | T | | | | | |
| 84. American Greetings Common Stock | A | Dividend | J | T | | | | | |
| 85. Energen Common Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wigenton, Susan D. | 09/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   Integrys Common Stock | A | Dividend | J | T | | | | | |
| 87.   Walmart Corp., Common Stock | A | Dividend | J | T | | | | | |
| 88.   American Capital, LTD Common Stock | A | Dividend | K | T | | | | | |
| 89.   Costco Common Stock | A | Dividend | K | T | | | | | |
| 90.   NXT Nutritional Holdings, Inc. Common Stock - CLOSED/DEFUNCT | A | Dividend | J | T | | | | | |
| 91.   Apple Inc. | A | Dividend | K | T | | | | | |
| 92.   Overseas Shipping Inc. | A | Dividend | J | T | | | | | |
| 93.   Duke Energy | A | Dividend | J | T | | | | | |
| 94.   Facebook Common Stock | A | Dividend | K | T | | | | | |
| 95.   Hasbro Inc., Common Stock | A | Dividend | J | T | | | | | |
| 96.   Intersections Inc., Common Stock | A | Dividend | | | Sold | 01/15/19 | J | | |
| 97.   United Online, Inc., Common Stock | A | Dividend | J | T | | | | | |
| 98.   FTD Cos, Inc., Common Stock | A | Dividend | K | T | | | | | |
| 99.   Twitter, Inc., Common Stock | A | Dividend | J | T | | | | | |
| 100.  Alibaba Common Stock | A | Dividend | J | T | | | | | |
| 101.  Target Common Stock | A | Dividend | J | T | | | | | |
| 102.  Hancock John Patriot - Closed End Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wigenton, Susan D.** | 09/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Credit Suisse Asset - Closed End Fund | A | Dividend | J | T | | | | | |
| 104.  Calamos Convertible - Closed End Fund | B | Dividend | J | T | | | | | |
| 105.  Tesla Motors, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 106.  WEC Energy Group | A | Dividend | J | T | | | | | |
| 107.  ZTO Express Cayman Inc. Common Stock | A | Dividend | J | T | | | | | |
| 108.  Viacom/CBS Inc., Common Stock | A | Dividend | J | T | | | | | |
| 109.  Weight Watchers, Inc. Common Stock | A | Dividend | J | T | Buy | 03/01/19 | J | | |
| 110.  Uber Technologies, Inc., Common Stock | A | Dividend | K | T | Buy | 05/10/19 | K | | |
| 111.  Royal Carribbean Int'l, Inc. | A | Dividend | J | T | Buy | 08/06/19 | J | | |
| 112.  Marriott Int'l, Inc. | A | Dividend | J | T | Buy | 08/08/19 | J | | |
| 113.  Southwest Airlines, Inc., Common Stock | A | Dividend | J | T | Buy | 08/08/19 | J | | |
| 114.  Shake Shack, Inc., Common Stock | A | Dividend | J | T | Buy | 08/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wigenton, Susan D.** | 09/16/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan D. Wigenton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544